UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-*99-WWB-MCR*

21 U.S.C. § 846
(Drug Trafficking
Conspiracy)

GENEVIEVE LYNNE WALLACE
a/k/a "Gigi," and
BRAD BRADLEY BRADFORD

21 U.S.C. § 841(a)(1)
(Possession of
Methamphetamine with the
Intent to Distribute and
Distribution)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than on or about

November 4, 2024, and continuing through on or about December 10, 2024,

in the Middle District of Florida, the defendant,

GENEVIEVE LYNNE WALLACE,
a/k/a Gigi,

did knowingly and willfully conspire with other persons, both known and

unknown to the Grand Jury, to possess with intent to distribute and distribute

a controlled substance. The violation involved 50 grams or more of actual

methamphetamine, a Schedule II controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO
### (Distribution of a Controlled Substance)

On or about November 13, 2024, in the Middle District of Florida, the defendants,

GENEVIEVE LYNNE WALLACE
a/k/a "Gigi," and
BRAD BRADLEY BRADFORD

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

Before BRAD BRADLEY BRADFORD committed the offense charged in this count, he had a final conviction for a serious drug felony, including a conviction for possession with intent to distribute cocaine on or about November 6, 2008, for which he served more than 12 months of imprisonment and for which he was released from serving any term of

2

imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and § 18 U.S.C. 2.

## COUNT THREE
### (Distribution of a Controlled Substance)

On or about December 10, 2024, in the Middle District of Florida, the defendant,

GENEVIEVE LYNNE WALLACE
a/k/a "Gigi,"

did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1.     The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.     Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any

proceeds the defendants obtained, directly or indirectly, as a result of such

violations, and any property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of, such violations.

        3.      If any of the property described above, as a result of any acts or

omissions of the defendants:

       a.      cannot be located upon the exercise of due diligence;

       b.      has been transferred or sold to, or deposited with, a third party;

       c.      has been placed beyond the jurisdiction of the Court;

       d.      has been substantially diminished in value; or

       e.      has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p).

A TRUE BILL,


Foreperson

GREGORY W. KEHOE
United States Attorney

By: *Rachel Lasry*

RACHEL LASRY
Assistant United States Attorney

By: _____

MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

5

FORM OBD-34
5/7/25 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

## GENEVIEVE LYNNE WALLACE
### a/k/a "Gigi" and
### BRAD BRADLEY BRADFORD

### INDICTMENT

Violations: Count 1: 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A)
Count 2: 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), 18 U.S.C. § 2
Count 3: 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A)

A true bill ███████

_____
Foreperson

Filed in open court this _____ day

of May, 2025.

_____
Clerk

Bail   $_____

GPO 863 525